

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-21-00727-CV

MOLINA HEALTHCARE OF TEXAS, INC., Appellant

V.

ACS PRIMARY CARE PHYSICIANS SOUTHWEST, PA AND EMERGENCY SERVICES OF TEXAS, PA, Appellees

Appeal from the 113th District Court of Harris County. (Tr. Ct. No. 2017-77084).

This case is an appeal from the final judgment signed by the trial court on December 30, 2021. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment in the following respects: appellees ACS Primary Care Physicians Southwest, PA and Emergency Services of Texas, PA cannot legally recover on their claims for violation of Texas Insurance Code section 1271.155(a), violation of the unfair settlement practices provisions of Texas Insurance Code chapter 541, and quantum meruit. Additionally, legally insufficient evidence supports an essential element of appellees' claim for breach of an implied-in-fact contract. Accordingly, the Court **reverses** the trial court's judgment and **renders** judgment that appellees ACS Primary Care Physicians Southwest, PA and Emergency Services of Texas, PA take nothing on their claims.

The Court **orders** that the appellees, ACS Primary Care Physicians Southwest, PA and Emergency Services of Texas, PA, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 1, 2024.

Panel consists of Chief Justice Adams and Justices Guerra and Farris. Opinion delivered by Justice Farris.